Heath v. Watson.

———— ·◦◦◦· ————

HEATH, Appellant, v. WATSON, Respondent.

1. Keene v. Barnes, 29 Mo. 377, affirmed.

*Appeal from Linn Circuit Court.*

*Mullins & Lander*, for appellant.

EWING, Judge, delivered the opinion of the court.

The instruction given by the court as to the effect of the sheriff's deed read in evidence is the only question we are called upon to notice ; and this point is decided in Keene v. Barnes, 29 Mo. 385.

Judgment reversed and the cause remanded ; Judge Napton concurring.    Judge Scott absent.